**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Jenry Rafael Villanueva Carpio,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No.: 2:26-cv-02476-JAD-NJK

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 24]

Petitioner Jenry Rafael Villanueva Carpio filed a pro se petition for a writ of habeas corpus in August 2026.[1] I appointed counsel and ordered him to file a counseled amended petition.[2] Carpio now moves to dismiss his case because he was removed to El Salvador on August 18, 2026.[3] Because Carpio's removal renders moot the claims in his petition, I grant his motion and close this case.

IT IS THEREFORE ORDERED that Jenry Rafael Villanueva Carpio's motion to dismiss **[ECF No. 24] is GRANTED**. The Clerk of Court is directed to CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
November 4, 2026

[1] ECF Nos. 1-1, 4.

[2] ECF No. 3.

[3] ECF No. 24; *see also* ECF No. 9 (respondents' notice confirming removal).